# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 9, 2025
Lyle W. Cayce
Clerk

No. 25-40689

In re Nelson Willis,

*Petitioner.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-732

---

UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, and Smith and Graves, *Circuit Judges*.
Per Curiam:

 Construing the petition for writ of mandamus and subsequent filings as motions for recall of the mandate and reconsideration of various previous opinions and orders, IT IS ORDERED that the motions are DENIED.

 IT IS FURTHER ORDERED that to the extent that the petition for writ of mandamus seeks mandamus against the Clerk's Office, the petition is DENIED. The court has reviewed the filings in Petitioner's case and has found no grounds for mandamus. To the extent that a single filing was misfiled in Petitioner's appeal rather than the instant mandamus, that filing was corrected, and Petitioner is reminded to label all communications with the court with the appropriate case number.

No. 25-40689

The matters raised in this motion regarding judicial conduct have been referred to the Office of General Counsel and Mediation as a Judicial Conduct and Disability complaint.

IT IS FURTHER ORDERED that to the extent the petition seeks action from the Supreme Court of the United States, the petition is DENIED for lack of jurisdiction. Nothing in this order or any prior opinions or orders in Petitioner's original appeal should be construed as denying Petitioner's right to seek review by the Supreme Court of the United States.

IT IS FURTHER ORDERED that in future, Petitioner shall communicate with the Clerk's Office exclusively in writing.