Case No. 25-40689
(Writ of Mandamus)

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

In re:
Nelson E. Willis,
Petitioner.

On Petition for Writ of Mandamus
Arising From: Fifth Circuit Case No. 24-40585

**FORMAL OBJECTION TO CLERK'S FALSE STATEMENT, CONTINUED NON-DOCKETING, AND SUPPRESSION OF FILED MANDAMUS MOTIONS; DEMAND FOR IMMEDIATE CORRECTIVE ACTION**

**Filed Pursuant to:**
Fed. R. App. P. 2; Fed. R. App. P. 27;
28 U.S.C. § 1651(a) (All Writs Act);
Court's inherent authority to preserve an accurate record.

## TO THE CLERK OF COURT AND THE JUDGES OF THE FIFTH CIRCUIT:

Petitioner Nelson E. Willis, proceeding pro se, submits this filing to formally object to the Clerk's correspondence docketed as Doc. 353-5, to document continued non-docketing and mis-docketing of filed mandamus motions, and to demand immediate corrective action to restore the integrity of the appellate record.

### 1. False Statement in Clerk Correspondence (Doc. 353-5)

The Clerk's correspondence dated December 2, 2025, docketed as Doc. 353-5, states that:

"There is no motion or other document requesting action to be taken by the Court."

That statement is factually incorrect.

## 2. Filed Mandamus Motions Requesting Judicial Action

On December 1, 2025 at 4:41 PM, Petitioner transmitted for docketing in Case No. 25-40689 a filing clearly captioned and intended as a Second Supplemental Submission in the mandamus proceeding.

That submission expressly requested judicial action, including:

a. mandatory judicial notice under FRE 201(c)(2) and 201(d);
b. recall of the mandate;
c. vacatur of sanctions; and
d. incorporation of prior mandamus filings (Docs. 2-1 and 9).

The submission was accompanied by Exhibits A–F, including certified state-court records, certified hearing transcripts, certified subpoenas and returns of service, the Fifth Circuit mandate in Case No. 24-40585, and internal corporate communications previously filed with this Court.

## 3. December 2, 2025 — Recorded Acknowledgment of Receipt

On December 2, 2025, during recorded telephone calls with Clerk personnel:
1. Petitioner was informed that the mandamus filings had been received;
2. Petitioner was informed that the filings had not yet been processed, not that they were absent;
3. Case Manager Roeshaun Johnson stated that she had the filings and had simply not processed them yet.

At no point on December 2 was Petitioner informed that no motion existed.

## 4. December 8, 2025 — Recorded Call and Disclosure of FBI Meeting

On December 8, 2025, Petitioner again spoke with Deputy Clerk Rebecca L. Leto on a recorded line. During that call:

a. Ms. Leto acknowledged receipt of additional filings transmitted over the weekend;
b. She confirmed receipt of Petitioner's Second Supplemental Mandamus submission;
c. She acknowledged internal forwarding and mis-routing of filings;
d. Petitioner explicitly disclosed a scheduled 10:00 a.m. FBI appointment on December 9, 2025 concerning suppression of evidence and docket irregularities in this case.

The recording and transcript of this call are preserved.

## 5. Denial Entered Without Docketing or Adjudication

Despite these acknowledgments, the Court entered a denial in Case No. 25-40689 the following morning without docketing, addressing, or adjudicating the Second Supplemental submission or its exhibits.

## 6. Procedural Deprivation and Record Distortion

Against this documented record, the Clerk's assertion in Doc. 353-5 that no motion requesting action existed is incorrect and materially misleading.

That misstatement obscures:
1. the existence of filed motions requesting judicial action;
2. the acknowledged receipt of those motions by Clerk personnel; and
3. the deprivation of adjudication resulting from continued non-docketing and mis-routing.

## 7. Relief Demanded

Petitioner formally demands the following corrective action:
1. Immediate withdrawal of Doc. 353-5 to eliminate the false assertion that no motion requesting action existed;
2. Immediate docketing in Case No. 25-40689 of the Second Supplemental Mandamus Submission transmitted on December 1, 2025, together with Exhibits A–F;
3. Written confirmation identifying the date of receipt, internal handling, and current status of those filings; and
4. Preservation of all internal Clerk records, routing logs, and communications relating to the handling of Petitioner's mandamus filings between December 1 and December 9, 2025.

Absent prompt corrective action, the contradictions between the Clerk's written statement, the recorded acknowledgments of Clerk personnel, and the docket record remain preserved for review by any court or oversight authority evaluating the procedural integrity of this matter.

Respectfully,

*/s/ Nelson E. Willis*

Nelson E. Willis
Petitioner, Pro Se
Case No. 25-40689 — Writ of Mandamus
Case No. 24-40585 — Appeal
Gainesville, Texas
972-533-4126
nelsonwillis3@gmail.com

**Subject: Filing for Docketing – No. 25-40689 (Second Supplemental Submission and Exhibits A–F)**

**Nelson Willis** <nelsonwillis3@gmail.com>
to CA5, Roeshawn_Johnson, Rebecca, SupremeCourtClerk, Rick, Meghann, Karen, kimberly.matthews, huschblackwell.com, dee.baatz, leah.toups, Courtney, attorney.general, InvestorProtection, Angelique, contact.nbcnews, newsroom, tips, news12, Newswatch, kdfw

Mon, Dec 1, 4:41 PM

Please accept and docket the attached documents in:

No. 25-40689 – In re Nelson E. Willis, Petitioner
(related to No. 24-40585 – Willis v. Aron, et al.)

The attached materials are:

1. Second Supplemental Submission and Formal Notice of Adjudicative Facts Subject to Mandatory Judicial Notice under FRE 201(c)(2) and 201(d); Motion to Recall Mandate and Vacate Sanctions; Superceding and Incorporating Prior Supplements (Docs. 2-1 and 9).
2. Exhibit A – Certified Docket Sheet (235th District Court, Cause No. CV23-00179)
3. Exhibit B – Certified July 21, 2023 Hearing Transcript (235th District Court)
4. Exhibit C – Certified Subpoenas and Johnson County Sheriff's Return of Service for AMC Vice President John Merriweather.
5. Exhibit D – Fifth Circuit Mandate in No. 24-40585.
6. Exhibit E – Internal Emails Between AMC, Citigroup, Antara Capital, B. Riley Financial, and D F King (Coordinated Vote-Manipulation and Synthetic-Dilution Scheme; previously filed in CA5 on September 29, 2025)
7. Exhibit F – Prior Mandamus Filings and related materials in No. 25-40689.

These are true and correct copies of the materials I am submitting for the Court's consideration. The main filing explains that judicial notice under FRE 201(c)(2) and 201(d) has already been invoked and sets out my request for recall of the mandate, vacatur of sanctions, and entry of judgment as described therein.

Please confirm that these documents are received and will be processed for docketing in No. 25-40689.

Thank you for your assistance.

↶ Reply   ↶ Reply all   ↷ Forward

These are true and correct copies of the materials I am submitting for the Court's consideration. The main filing explains that judicial notice under FRE 201(c)(2) and 201(d) has already been invoked and sets out my request for recall of the mandate, vacatur of sanctions, and entry of judgment as described therein.

Please confirm that these documents are received and will be processed for docketing in No. 25-40689.

Thank you for your assistance

Respectfully submitted,

Nelson E. Willis
Appellant / Petitioner, Pro Se
1405 County Road 208
Gainesville, Texas 76240
972-533-4126
nelsonwillis.3@gmail.com

9 Attachments · Scanned by Gmail



- CA5 Case No 25-...
- Exhibit A – Certifi...
- Exhibit B – Certifi...
- Exhibit C – Certifi...
- Exhibit D – Fifth ...
- Exhibit E – Intern...
- Exhibit F – Prior ...
- Exhibit F – Prior ...

ATTACHED SCREENSHOTS OF EMAIL PETITIONER NELSON E. WILLIS SENT TO THE PRO SE INBOX AT THE FIFTH CIRCUIT COURT FILING INBOX FOR REMOTE ACCESS TO THE COURTS. PETITIONER WOULD LIKE TO CLEARLY STATE THAT THESE ERRORS WOULD NOT OCCUR DURING A ONSITE FILING VISIT.

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of December, 2025, I CAUSED, a true and correct copy of the foregoing motion was served on all parties via CM/ECF and electronic mail.

/s/Nelson E Willis,
Pro Se Petitioner
25-40689