# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 22, 2025
Lyle W. Cayce
Clerk

No. 25-40689

In re Nelson Willis,

*Petitioner.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-732

---

UNPUBLISHED ORDER

Before Elrod, *Chief Judge*, and Smith and Graves, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Petitioner's motion to recall the mandate, vacate the mandamus denial, vacate all orders in 24-40585, *Willis v. Aron* and 25-40689, *In Re Nelson Willis*, correct the record, enter judgment in his favor, and refer the matter or transmit materials to the Department of Justice, the Attorney General of the United States, the U.S. Attorney for the Eastern District of Texas, and the Federal Bureau of Investigation is DENIED.

The stay of the mandate requested in Document 9 was addressed by this court's decision to deny the recall of the mandate addressed in the December 9, 2025, order.